

1  Mark G. Krum, State Bar No. 147788
   Mark L. Block, State Bar No. 115457
2  Abigail K. Horrigan, State Bar No. 216866
   CHRISTENSEN, MILLER, FINK, JACOBS
3   GLASER, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone: (310) 553-3000
5  Facsimile: (310) 556-2920

6  Attorneys for Petitioner
   Sitrick and Company, Inc.

7

8

9

10

**FILED**
CLERK, U.S. DISTRICT COURT

MAR 28 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  In the Matter of the Arbitration
    Between:                              )   Case No. CV05-1816-R (MCx)
12                                        )
    SITRICK AND COMPANY, INC.,            )   **STIPULATION AND [PROPOSED]**
13                                        )   **ORDER CONTINUING HEARING**
              Claimant,                   )   **ON PETITIONER SITRICK AND**
14                                        )   **COMPANY, INC.'S MOTION FOR**
          v.                              )   **ORDER CONFIRMING**
15                                        )   **ARBITRATION AWARD AND**
    YP.NET, INC.,                         )   **ENTRY OF JUDGMENT IN**
16                                        )   **CONFORMITY THEREWITH**
                                          )
17            Respondent.                 )   **Old Date:   April 4, 2005**
                                          )   **New Date:   April 18, 2005**
18                                        )   **Time:       10:00 a.m.**
                                          )   **Room:       8**
19                                        )   **Judge:      Hon. Manuel Real**
                                          )
20                                        )
                                          )
21

DOCKETED ON CM

MAR 28 2005

BY _____ 009

22        Petitioner Sitrick and Company, Inc. ("Petitioner") and Respondent YP.Net,

23  Inc. hereby stipulate as follows:

24        WHEREAS, Petitioner on March 14, 2005 filed its Motion for an Order

25  Confirming Arbitration Award and Entry of Judgment in Conformity Therewith (the

26  "Motion");

27        WHEREAS, Petitioner's Motion currently is scheduled for hearing on April 4,

28  2005; and

415030

1    WHEREAS, the next available date on the Court's calendar is April 18, 2005.

2    **IT IS HEREBY STIPULATED THAT**:

3    1.    The hearing on Petitioner's Motion for an Order Confirming Arbitration

4    Award and Entry of Judgment in Conformity Therewith is continued to April 18,

5    2005 at 10:00 a.m.

6                              CHRISTENSEN, MILLER, FINK, JACOBS,
                              GLASER, WEIL & SHAPIRO, LLP
7

8

9    Dated: March 23, 2005

                 By: _____
10                    Mark G. Krum
                     Attorneys for Petitioner
11                    SITRICK AND COMPANY, INC.

12

13                              LAW FIRM OF PETER STROJNIK

14

15    Dated: March 23, 2005

                 By: _____
16                    Peter Strojnik
                     Attorneys for Respondent YP.NET, INC.
17

18

19                              [~~PROPOSED~~] ORDER

20    **IT IS SO ORDERED**.

21

22    March **28**, 2005

23                              _____
                              Hon. Manuel Real, Judge
                              United States District Court
24

25

26

27

28

1

**PROOF OF SERVICE**

2   STATE OF CALIFORNIA
    COUNTY OF LOS ANGELES

3
          I am employed in the County of Los Angeles, State of California; I am over the age of 18 and
4   not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth
    Floor, Los Angeles, California 90067.

5
          On March 23, 2005, I served the foregoing document(s) described as **STIPULATION FOR**
6   **CONTINUANCE OF HEARING DATE ON MOTION TO CONFIRM ARBITRATION**
    **AWARD, AND PROPOSED ORDER** on the interested parties to this action by placing a copy
7   thereof enclosed in a sealed envelope addressed as follows:

8    Peter Strojnik, Esq.
     Law Offices of Peter Strojnik
9    3030 North Central Avenue, Suite 1401
     Phoenix, Arizona  85012
10   Facsimile: 602-297-3176

11   ☒     (BY MAIL)  I am readily familiar with the business practice for collection and processing of
             correspondence for mailing with the United States Postal Service.  This correspondence shall
12           be deposited with the United States Postal Service this same day in the ordinary course of
             business at our Firm's office address in Los Angeles, California.  Service made pursuant to
13           this paragraph, upon motion of a party served, shall be presumed invalid if the postal
             cancellation date of postage meter date on the envelope is more than one day after the date of
14           deposit for mailing contained in this affidavit.

15   ☐     (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by an express
             service carrier which provides overnight delivery, as follows.  I placed true copies of the
16           foregoing document in sealed envelopes or packages designated by the express service
             carrier, addressed to each interested party as set forth above, with fees for overnight delivery
17           paid or provided for.

18   ☐     (BY PERSONAL SERVICE)  I delivered the document by hand to the addressee(s).

19   ☐     (BY FACSIMILE)  I caused such documents to be delivered via facsimile to the offices of
             the addressee(s) at the facsimile numbers set forth above
20

21         Executed this 23rd day of March, 2005, at Los Angeles, California.

22         I declare under penalty of perjury under the laws of the State of California that the above is
     true and correct.

23

24
                                                 LISA L. HILL
25

26

27

28

415030                                          3