Mark G. Krum, State Bar No. 147788
Abigail K. Horrigan, State Bar No. 216866
CHRISTENSEN, MILLER, FINK, JACOBS
  GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Petitioner
Sitrick and Company, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Arbitration
Between:

SITRICK AND COMPANY, INC.,

  Claimant,

v.

YP.NET, INC.,

  Respondent.

Case No.
CV05 1816 R (Mcx)

[PROPOSED] ORDER –
CONFIRMING ARBITRATION
AWARD

[9 U.S.C. § 9]

[Motion for An Order Confirming
Arbitration Award and Entry of
Judgment in Conformity Therewith;
Proposed Judgment Thereon; and Notice
of Interested Parties Filed Concurrently
Herewith]

ENTERED
CLERK, U.S DISTRICT COURT
APR 26 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

413216

ORDER CONFIRMING ARBITRATION AWARD

On __4-25__, 2005, this Court considered Petitioner SITRICK AND COMPANY, INC.'s Motion for an Order Confirming (the "Motion") the February 28, 2005 Arbitration Award issued by American Arbitration Association Arbitrator JOEL MARKS, Esq. (the "Arbitration Award").

Upon consideration of the papers filed in support of Petitioner's Motion, any opposition thereto, all of the pertinent records and documents on file in this case and any oral argument presented by counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Arbitration Award is confirmed. Judgment shall be entered in favor of Petitioner SITRICK AND COMPANY, INC. forthwith.

Dated: __April 25, 2005__        _____
                                  UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted by:
CHRISTENSEN, MILLER, FINK, JACOBS,
GLASER, WEIL & SHAPIRO, LLP


By: _____
    MARK G. KRUM
    Attorneys for Petitioner
    SITRICK AND COMPANY, INC.

413216

1

**ORDER CONFIRMING ARBITRATION AWARD**

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On, March 14, 2005, I served the foregoing document(s) described as **[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD** on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Peter Strojnik, Esq.
Law Offices of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Facsimile: 602-297-3176

[X] (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ] (BY PERSONAL SERVICE) I delivered the document by hand to the addressee(s).

[ ] (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the facsimile numbers set forth above

Executed this 14th day of March, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

LISA L. HILL

413216

2

ORDER CONFIRMING ARBITRATION AWARD