Peter Strojnik, 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Phone: 602-297-3019
Fax: 602-297-3176
Attorney *pro hac vice* for Respondent

**Law Offices of Patricia S. Depew**
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Phone: (310) 284-8494
Fax: (323) 965-0688
Designee Attorney

*Denied — No good cause shown*
R— 5.12.05

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In The Matter Of Arbitration Of

SITRICK AND COMPANY, INC.

Claimant,

vs.

YP.NET, INC.

Respondent.

NO. CV 05-1816 R (MCx)

[PROPOSED] ORDER.
Denying Application

UPON APPLICATION by Respondent, and good cause shown, IT IS ORDERED that the execution of the Judgment entered in this cause on April 25, 2005, be stayed until such time as this Court has considered and decided Respondent's Motion To Stay Execution Of Judgment Pending Appeal.

DONE IN OPEN COURT this ___ day of May, 2005.

**DENIED**

_____
Hon. Manuel L. Real

DOCKETED ON CM
MAY 12 2005
BY MG   009

-1-