# ORIGINAL



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV-05-1816-R                               Date: MAY 25, 2005

Title:  SITRICK & CO INC -v- YP.NET INC
========================================================================
PRESENT: HONORABLE MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                <u>None Present</u>
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED that on the Court's own motion the:**

**Respondent's motion to stay execution of judgment pending appeal**

**is hereby ORDERED <u>CONTINUED</u> FROM JUNE 6, 2005 AT 10:00 A.M.**

**TO JUNE 13, 2005 AT 10:00 A.M.  Opposition papers were due on**

**MAY 23, 2005, and the reply papers remain due on MAY 31, 2005.  The**

**continuation of the hearing date DOES NOT move the due dates of**

**those filings.**

cc: counsel of record (by optical scanning)

DOCKETED ON CM
MAY 2 6 2005
BY _____ 009

MINUTES FORM 11                              Initials of Deputy Clerk ___WH___
CIVIL -- GEN