Mark G. Krum, State Bar No. 147788
Mark L. Block, State Bar No. 115457
Abigail K. Horrigan, State Bar No. 216866
CHRISTENSEN, MILLER, FINK, JACOBS
 GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Claimant
Sitrick and Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>SITRICK AND COMPANY, INC.,<br><br>Claimant,<br><br>v.<br><br>YP.NET, INC.,<br><br>Respondent. | Case No. CV05-1816-R<br><br>[PROPOSED] ORDER DENYING RESPONDENT YP.NET, INC.'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND SETTING AMOUNT OF SUPERSEDEAS BOND |

421301

[PROPOSED] ORDER

1  The Motion to Stay Execution of Judgment Pending Appeal (the "Motion"),
2  filed on May 6, 2005, by respondent YP.Net, Inc., having come on for hearing as
3  scheduled on June 13, 2005, at 10:00 a.m., Mark G. Krum of Christensen, Miller,
4  Fink, Jacobs, Glaser, Weil & Shapiro appearing on behalf of claimant Sitrick and
5  Company, Inc. and Peter Strojnik of The Law Offices of Peter Strojnik appearing on
6  behalf of respondent YP.Net, Inc., the Court, having considered the evidence,
7  argument and such other matters as the Court saw fit with respect to the Motion,
8  finds and orders as follows:

IT IS HEREBY ORDERED that respondent YP.Net, Inc.'s Motion to Stay Execution of Judgment Pending Appeal is DENIED.

IT IS FURTHER ORDERED that the amount of any Supersedeas bond posted by YP.Net, Inc. shall be **$500,000.00**.

DATED: **June 30**, 2005

Honorable Manuel Real
United States District Court Judge

Presented by:

CHRISTENSEN, MILLER, FINK, JACOBS,
  GLASER, WEIL & SHAPIRO, LLP

By: _____
    MARK G. KRUM

Attorneys for Claimant SITRICK AND COMPANY, INC.

Approved as to form by:

THE LAW OFFICE OF PETER STROJNIK

By: _____
    PETER STROJNIK

1     The Motion to Stay Execution of Judgment Pending Appeal (the "Motion"), filed on May 6, 2005, by respondent YP.Net, Inc., having come on for hearing as scheduled on June 13, 2005, at 10:00 a.m., Mark G. Krum of Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro appearing on behalf of claimant Sitrick and Company, Inc. and Peter Strojnik of The Law Offices of Peter Strojnik appearing on behalf of respondent YP.Net, Inc., the Court, having considered the evidence, argument and such other matters as the Court saw fit with respect to the Motion, finds and orders as follows:

    IT IS HEREBY ORDERED that respondent YP.Net, Inc.'s Motion to Stay Execution of Judgment Pending Appeal is DENIED.

    IT IS FURTHER ORDERED that the amount of any Supersedeas bond(s) posted by YP.Net, Inc. shall be **$500,000.00**.

DATED: _____, 2005      _____
                                                       Honorable Manuel Real
                                                       United States District Court Judge

Presented by:

CHRISTENSEN, MILLER, FINK, JACOBS,
  GLASER, WEIL & SHAPIRO, LLP

By: _____
     MARK G. KRUM

Attorneys for Claimant SITRICK AND COMPANY, INC.

Approved as to form by:

THE LAW OFFICE OF PETER STROJNIK

By: _____
     PETER STROJNIK

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On, June 23, 2005 I served the foregoing document(s) described as **[PROPOSED] ORDER DENYING RESPONDENT YP.NET, INC.'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND SETTING AMOUNT OF SUPERSEDEAS BOND(S** on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Peter Strojnik, Esq.
Law Offices of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Facsimile: 602-297-3176

☒ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence hall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (BY PERSONAL SERVICE) I delivered the document by hand to the addressee(s).

☒ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the facsimile numbers set forth above.

Executed this 23rd day of June, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Nanette Leali*
NANETTE LEALI

426076

2
[PROPOSED] ORDER