UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV-05-1816-R                                  Date: SEPTEMBER 1, 2005

Title:   SITRICK & CO INC -v- YP.NET INC
==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| <u>William Horrell</u> | <u>None Present</u> |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                             None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

Respondent's post-judgment motion pursuant to FRCVP 60(b)

is hereby ORDERED <u>ADVANCED</u> FROM MONDAY, SEPT. 19, 2005

AT 10:00 A.M. TO FRIDAY, SEPTEMBER 16, 2005 AT 10:00 A.M.

Opposition papers having already been filed, the reply papers shall

be due by SEPTEMBER 8, 2005.

cc: counsel of record (by optical scanning)

DOCKETED ON CM
SEP - 1 2005
BY _____ 009

MINUTES FORM 11                                                Initials of Deputy Clerk ___WH___
CIVIL -- GEN