1  Mark G. Krum, State Bar No. 147788
   Mark L. Block, State Bar No. 115457
2  Abigail K. Horrigan, State Bar No. 216866
   CHRISTENSEN, MILLER, FINK, JACOBS
3   GLASER, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone: (310) 553-3000
5  Facsimile: (310) 556-2920

6  Attorneys for Claimant
   Sitrick and Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>SITRICK AND COMPANY, INC.,<br><br>    Claimant,<br><br>    v.<br><br>YP.NET, INC.,<br><br>    Respondent. | Case No. CV05-1816-R (MCx)<br><br>[PROPOSED] ORDER DENYING APPELLANT/RESPONDENT YP.NET'S POST JUDGMENT MOTION PURSUANT TO FRCP 60(b) |

426076

PROPOSED ORDER DENYING YP.NET'S POST JUDGMENT MOTION

The Post-Judgment Motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (the "Motion"), filed on August 22, 2005, by respondent/appellant YP.Net, Inc., having come on for hearing as scheduled on September 16, 2005, at 10:00 a.m., Mark L. Block and Abigail K. Horrigan of Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro appearing on behalf of claimant/appellee Sitrick and Company, Inc. and Peter Strojnik of The Law Offices of Peter Strojnik appearing on behalf of respondent/appellant YP.Net, Inc., the Court, having considered the evidence, argument and such other matters as the Court saw fit with respect to the Motion, finds and orders as follows:

IT IS HEREBY ORDERED that respondent/appellant YP.Net, Inc.'s Post-Judgment Motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is denied (a) on the merits and (b) on the grounds of lack of jurisdiction.

DATED: Oct. 3, 2005

Honorable Manuel Real
United States District Court Judge

Presented by:

CHRISTENSEN, MILLER, FINK, JACOBS,
GLASER, WEIL & SHAPIRO, LLP

By: Mark G. Krum (Hoff)
MARK G. KRUM

Attorneys for Claimant/Appellee SITRICK AND COMPANY, INC.

Approved as to form by:

THE LAW OFFICE OF PETER STROJNIK

By: PETER STROJNIK

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On September 29, 2005 I served the foregoing document(s) described as **[PROPOSED] ORDER DENYING APPELLANT/RESPONDENT YP.NET'S POST JUDGMENT MOTION PURSUANT TO FRCP 60(b)** on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Peter Strojnik, Esq.
Law Offices of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Facsimile: 602-297-3176

☒ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence hall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (BY PERSONAL SERVICE) I delivered the document by hand to the addressee(s).

☒ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the facsimile numbers set forth above.

Executed this 29th day of September, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

LISA L. HILL

426076