Peter Strojnik, 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Phone: 602-297-3019
Fax: 602-297-3176
Attorney pro hac vice for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In the Matter Of Arbitration Of

SITRICK AND COMPANY, INC.

Claimant,

vs.

YP.NET, INC.

Respondent.

NO. CV 2005-1816

STIPULATED MOTION TO DISMISS WITH PREJUDICE

AND FOR RELEASE OF SUPERSEDEAS BOND

AND ORDER

The parties, through counsel, hereby stipulate and agree as follows:

1. That the above action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

2. That the Supersedeas Bond in the amount of $500,000.00 heretofore filed in this action shall be released and exonerated.

RESPECTFULLY SUBMITTED this _6th_ day of March, 2006.

✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

cc: FISCAL

THE LAW FIRM OF PETER STROJNIK

By: Peter Strojnik
Attorney for Respondent

-1-

CHRISTENSEN, MILLER, FINK, JACOBS,
GLASER, WEIL & SHAPIRO, LLP

BY: Mark G. Krum
Attorney for Claimant

The original and one copy of the foregoing mailed/delivered this
_____ day of March, 2006, to:

The Clerk of the United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Peter Strojnik, 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Phone: 602-297-3019
Fax: 602-297-3176
Attorney pro hac vice for Respondent

SCANNED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter Of Arbitration Of | NO. CV 2005-1816 |
| SITRICK AND COMPANY, INC. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Claimant, | |
| vs. | **AND FOR RELEASE OF SUPERSEDEAS BOND** |
| YP.NET, INC. | |
| Respondent. | |

Upon stipulation of the parties, and good cause shown, IT IS ORDERED as follows:

1. The above captioned appeal is dismissed with prejudice, each party to bear its own costs and attorney's fees.

2. That the Supersedeas Bond in the amount of $500,000.00 filed in this action is hereby released and exonerated.

DONE IN OPEN COURT this 17th day of March, 2006.

_____
United States District Court Judge

-1-

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On March 16, 2006, I served the foregoing document(s) described as

**STIPULATED MOTION TO DISMISS WITH PREJUDICE
AND FOR RELEASE OF SUPERSEDEAS BOND
AND
ORDER DISMISSING CASE WITH PREJUDICE
AND FOR RELEASE OF SUPERSEDEAS BOND**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Peter Strojnik, Esq.
Law Offices of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Facsimile: 602-297-3176

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY E-MAIL) Pursuant to agreement between the parties in this case, I served this document via e-mail in PDF format, to the following e-mail address: Strojnik@aol.com

☐ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the facsimile numbers set forth above.

Executed this 16$^h$ day of March, 2006, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

LORA ANDERSON